United States District Court
Southern District of Texas
FILED

JUN 1 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

In Re:  The Application of Johnie           )
Wise to have the United States              )
District Court for the Southern             )
District of Texas convene a Grand           )
Jury so that Applicant may present          )
evidence of: Fraud; Obstruction of          )
Justice, Perjury, Violation of an           )
Officials Oath of Office; Violat-           )
ing the Constitutional Rights of            )
A Citizen; Abuse of Federal Auth-           )
ority; and, Racketeering Influenc-          )
ed and Corrupt Organization, by             )
certain officials, employees and/           )
or agents or officers of the                )
United States of America.                   )
                                            )
                                            )
_____     )

## MISCELLANEOUS

## B-03- 15

Crim. No._____

## APPLICATION

COMES NOW, the Applicant, Johnie Wise, Pro Se, Sui

Juris, and pursuant to Rule 6 of the Federal Rules of Criminal

Procedure, the First and Fifth Amendments to the Constitution

of the United States of America, 18 U.S.C. §3331,* and such other

and further provisions of the federal law unknown to the Appli-

cant, but, nonetheless, that is applicable to the instant app-

lication and this Court's jurisdiction to entertain it (and

known to the District Court Judge before whom this Application

has been presented), and moves this Honorable Court to convene

a federal grand jury in the Southern District of Texas so that

the Applicant may present evidence of:  Fraud, Obstruction of

Justice, Perjury, Violation of An Official's Oath of Office;

*/ Jurisdiction is further conferred pursuant to 28 U.S.C. 1651, better known
as the "All Writs Act," whereby the Court may direct the action requested
under such civil process as may be applicable and according to law.

Violations of the Constitutional Rights of a Citizen of the
United States; Abuse of Federal Authority; and Racketeering
Influenced and Corrupt Organization, by certain officials, em-
ployees, and/or agents or officers of the United States of Amer-
ica, who are named and described as follows:

> [A]  Hilga G. Tagle, United States District Court
> Judge, Southern District of Texas, Brownsville
> Division.
>
> [B]  Marvin Milton Mosbacker, United States Attorney
> for the Southern District of Texas, Brownsville
> Division.
>
> [C]  Agent Church, Agent Sharkey, Special Agent(s)
> Federal Bureau of Investigation.
>
> [D]  John Cain, Informant for the Federal Bureau
> of Investigation.

In support of his Application, the Applicant will show
and alleges as follows:

[1]  Johnie Wise, Applicant herein, is a citizen of the
State of Texas and, consequently of the United States of America.
Presently, he is confined to the Federal Medical Center located
at 3150 Horton Road, Fort Worth, Texas, situated in Tarrant
County, and the Northern Federal District of Texas.  Although
Applicant is currently confined and stripped of many of the rights
enjoyed by the general citizenry, at all times pertinent to this
application, the Applicant was a citizen who was entitled to the

full spectrum of rights afforded citizens under the Constitution of the United States of America. As will appear further herein, Applicant was victimized by acts of official misconduct, malfeasance, and abuse of authority by the individuals accused of crime herein, and consequently, was made to suffer a serious injury as a direct and proximate cause thereof.

[2]  Hilga G. Tagle, is a United States District Judge for the Southern District, sitting at Brownsville, Texas.

[3]  On or about February 16, 1999, District Judge Tagle presided over a criminal trial instituted by the United States of America, by and through Marvin Milton Mosbacker - Assistant United States Attorney for the Southern District of Texas, Brownsville Division, in a matter entitled United States of America v. Johnie Wise, Criminal Case No. 1:98-CR00415.

[4]  Pursuant to 5 U.S.C. §3331, and Article III and Article VI of the Constitution of the United States of America, District Judge Tagle, prior to assuming her seat on the federal judiciary, took an oath of office to uphold the laws and the Constitution of the United States of America, and to carry out the duties and responsibilities of her respective office fairly and impartially. This oath, as a matter of law, stands as a contract with the people of the United States of America (her employer) that, in accepting a salary (paid with monies collected from the People in federal taxes), for her service on the federal judiciary, she will carry out her duties and responsibilities fairly and impartially, and, in compliance with the laws and the

- 3 -

<u>Constitution of the United States of America</u>; it further stands as a contract with the People that, during her tenure as a United States District Judge, she will not engage in misconduct, malfeasance, nor will she abuse the authority granted by virtue of her appointment to the federal bench.  She also has a duty and responsibility, stemming from her Oath of Office, to abide by and follow the laws as they are written, except that she should by due consideration - find them to be unconstitutional, and to follow the law as it is announced by courts of higher authority. She has a duty and responsibility to remain loyal to the <u>Constitution of the United States of America</u> at all times.

[5]  Beginning on or about May 21, 1998 , and extending through February 5, 1999 , and even unto the present date and beyond, District Court Judge Tagle, while presiding over the criminal proceedings, and such collateral proceedings as have been held, in the case of <u>United States of America v. Johnie Wise</u>, Criminal No. 1:98-CR00415 , engaged in acts of official misconduct, malfeasance, abuse of authority, fraud, perjury, violations of Applicant's civil rights, violations of her Oath of Office, Racketeering Influence and Corrupt Organizations (RICO) violations, and in acts of Obstruction of Justice, so as to render her acts criminal and subject to penalties prescribed under certain and specific federal criminal statutes, codes and/or enactments which govern such activities.  Amongst the acts of District Judge Tagle, which form the basis for the aforesaid criminal charges, are the following:

[A]  Participated in the criminal proceeding with

- 4 -

complete partiality toward the Government.

[B] Failed to subscribe to the law governing criminal proceedings, thereby, depriving Applicant of a fair and impartial trial.

[C] Directed the jury, when it was unable to reach a unanimous verdict to return with a verdict.

[D] Failed to adhere to the Constitution of the United States of America in carrying out her duties and responsibilities throughout the aforesaid criminal proceedings and, accepted pay for her job performance although she was aware that she had not fulfilled her Oath of Office (contract) at the time of her acceptance of her pay.

[E] Failed to treat all witnesses equally in the criminal proceedings and exhibited a demeanor toward the Applicant, and toward non-government witnesses, personnel, etc. that suggested to the jury her belief that the Government should prevail in the criminal proceedings.

[F] Failed to maintain loyalty to the Constitution of the United States of America, by accepting jurisdiction in a case where the Government could not establish or prove an injury to some commercial activity.

[G] Failed to require the Government to put up a bond prior to prosecuting the criminal proceedings; to prove the Government was an injured

party and had standing to bring the criminal
lawsuit; to allege and prove the value of the
alleged crime so as to bring the crime within
the realm of the <u>Commerce Clause</u>; and, to
prove an interference with commerce so as to
justify the exercise of a police power under
the <u>Commerce Clause</u>.

[H]  Conspired with the Government attorneys, the
Federal Bureau of Investigation, and other
agents of the federal-central government, to
subject Applicant to a police power not auth-
orized to the federal-central government, to
subject Applicant to penalties for activities
that were outside the scope of federal regu-
latory authority and regulation; to subject
Applicant to a trial wherein the Government
would be favored against the Applicant, to deny
Applicant his civil and Constitutional rights
under the <u>First</u>, <u>Fourth</u>, <u>Fifth</u>, <u>Sixth</u>, <u>Eighth</u>,
<u>Ninth</u>, and <u>Tenth Amendments</u> without recourse
for the violation, and to imprison Applicant
without just cause, legal process and juris-
diction.

[I]  Failed to require the Government to prove the
value of the commercial injury claimed by them
to give them standing to initiate the proceed-
ings, aforesaid, brought against the Applicant.

[J] Failed to state the value of Applicant's alleged crime on the Judgment rendered in the criminal proceedings, thereby, depriving the Applicant of the opportunity to pay his debt in full with legal currency and avoid the debtor's imprisonment which is foreclosed and outlawed under International Treaty and the laws of the United States.

[K] Had private and personal contact and conversation with the Government's attorney concerning the aforesaid criminal proceedings and instructed the Government attorney as how to proceed to convict Applicant in those proceedings.

[L] Treated Applicant as a second rate citizen that gave the appearance that he was beneath the Government's attorney, the District Judge, the federal agents involved in the case, and even the Informant, so that the field in which the trial was conducted was not level and there was a higher risk of conviction than acquittal.

[M] Treated Applicant with total partiality to the Government.

[N] Put her personal gain, her salary, before the Constitution, before the Applicant, and before all other things mandated in criminal proceedings.

[O] Interfered with the fair trial process in the criminal proceedings, aforesaid, by participating in those proceedings, before the jury, at times

when such participation would give the sublim-
inal suggestion to jurors that the District
Judge believed the Government's side of the
controversy to be most valid and was the side
the jury should put the most credit it; she par-
ticipated in such a manner and at such times, so
as to send a subliminal message to the jury that
she believed the Applicant to be guilty.

[6]  Each of the aforesaid (above-described) acts are
sufficiently serious as to warrant a grand jury investigation;
each is serious enough as to warrant the presentation of evidence
by the Applicant to the Grand Jurors which have the tendency to
prove that Hilga G. Tagle is guilty of the federal offenses alleged
herein-above; each is sufficiently serious as to subject Hilga G.
Tagle to the penalties prescribed under federal law for such act-
ivities should the evidence possessed by the Applicant, which he
will present to the Grand Jurors, be proven beyond a reasonable
doubt.

[7]  Applicant has firsthand knowledge tha Hilga G.
Tagle has engaged in the acts described above and that her actions
were intentional, deliberate and malicious, and that she knew
same to be in violation of the criminal law and engaged in those
things anyway.

[8]  The proof held by Applicant that Hilga G. Tagle
did engage in the above-described criminal acts, includes evi-
dence of the essential elements necessary to prove the federal
criminal violations did occur and can be proven beyond a reason-

- 8 -

able doubt at a trial should the Grand Jurors believe that an
indictment should be handed down against Hilga G. Tagle.

[9]  Marvin Milton Mosbacker, is an Assistant United
States Attorney for the Southern District of Texas.

[10]  On or about February 5, 1999 , Assistant United
States Attorney (AUSA) Mosbacker, brought an indictment against
the Applicant alleging that Applicant had engaged in the crime of
conspiring to manufacture and possess weapons of mass destruction.
This criminal indictment was based upon the word, and on infor-
mation provided to Special Agents Church and Sharkey by an infor-
mant named John Cain.  Evidence utilized at the trial concerning
the allegations of Applicant's criminal violations, was obtained
through means of illegal use of a government informant, paid by
the Government, who denied to Applicant that he was a Government
informant, and by use of illegal electronic listening devices,
and illegal searches of Applicant's residence, office and/or
other places where an expectation of privacy existed.  The act
leading to the alleged criminal violation was actually carried
out by the Informant.

[11]  Pursuant to 5 U.S.C. §3331, and Article VI of the
United States Constitution, AUSA Marvin Milton Mosbacker and
Special Agents Church and Sharkey, of the Federal Bureau of In-
vestigation, took an Oath of Office to carry out the duties and
responsibilities of their respective offices fairly and impart-
ially, and to do so consistent with the Constitution and laws of
the United States of America.  As with respect to District Court
Judge Tagle, this oath, as a matter of law, stands as a contract

- 9 -

with the People of the United States of America (the employer)
that, in accepting a salary (paid with monies collected from
the People in taxes), for service in their respective agencies
and/or departments, they will carry out the duties and respons-
ibilities assigned to them in compliance with the laws and
Constitution of the United States of America; it further stands
as a contract with the People that, during their tenure, they will
not engage in official misconduct, malfeasance, nor will they
abuse the authority granted to them within their respective
offices.  They also have a duty and responsibility, stemming from
their Oaths of Office, to be loyal to the Constitution and laws
of the United States, and to uphold said laws and Constitution
in carrying out the duties and responsibilities assigned to them.
They also have a duty and responsibility to protect the People
from violations of the Constitutionally guaranteed rights and to
ensure that their activities do not infringe thereon.

[12]  Beginning on or about February 5, 1999 , and ex-
tending through May 31, 1999    , and continuing even to the
present date, AUSA Mosbacker, and Special Agents Church and Sharkey,
with respect to the federal criminal proceedings brought against
the Applicant, engaged in acts of official misconduct, malfeas-
ance of office, abuse of authority, fraud, perjury, in violating
Applicant's civil rights, violations of their Oaths of Office,
Racketeering Influenced and Corrupt Organization, and in acts
of obstructing justice, so as to render their acts criminal and
subject to penalties prescribed under certain and special federal
criminal statutes, codes, and/or enactments which govern such

activities.   Amongst the acts said, AUSA Mosbacker and Agents Church and Sharkey, which form the basis for the aforesaid criminal charges, are the following:

[A]   Fabrication of evidence to be used in a criminal proceeding to ensure a conviction against the Applicant.

[B]   Witness tampering.

[C]   Refusal to disclose exculpatory evidence.

[D]   Illegal entrapment into a criminal activity by use of a federal agent who committed the acts leading to the criminal charges against the Applicant.

[E]   Illegal search and seizure of Applicant's property, paper, places and things, without legally sufficient probable cause.

[F]   Interferring with the Applicant's defense.

[G]   Acting in collusion with District Court Judge Tagle to deny Applicant his Constitutionally secured rights.

[H]   Presenting false and fabricated evidence in the criminal proceedings brought against the Applicant.

[I]   Intimidating, coercing, or otherwise using illegal methods to dissuade witnesses from providing true testimony during the criminal proceedings against the Applicant.

- 11 -

[J]   Violating their Oaths of Office by disloyalty
      to the Constitution.

[K]   Accepting their salary/pay on the premise that
      the duties and responsibilities assigned to
      them were carried out fairly, impartially and
      in compliance with the law and Constitution of
      the United States of America when, in actuality,
      the terms of the contract (Oath of Office) had
      not been fulfilled and, therefore rendering them
      ineligible and unentitled to receive such salary.

[L]   Giving false testimony in a federal court pro-
      ceeding.

[M]   Jury tampering.

[N]   Utilizing their authority to fabricate evidence
      against the Applicant to convict him of a federal
      crime that they knew was not committed by him,
      but was committed by an agent working for the
      Government as a paid informant.

[O]   Participating in unauthorized dialogue with Hilga
      G. Tagle, so as to prevent Applicant from receiv-
      ing a fair trial in the criminal proceedings
      against him.

[P]   Treating Applicant indifferently to others.

[Q]   Imprisoning Applicant on premise of a crime they
      have full knowledge of that he did not commit
      and knowing that the individual who did commit
      such crime was an agent of the federal government.

[R]  Paying an informant to give false testimony against the Applicant in a criminal proceeding.

[S]  Paying an informant to fabricate evidence of a federal crime and to give false testimony that the Applicant was the person responsible for said crime.

[T]  Allowing an informant to engage in criminal activities to entrap the Applicant into committing a criminal act.

[U]  Allowing an informant to engage the fabrication of evidence that could be used to send an innocent citizen to prison.

[V]  Failing to correct the illegal acts perpetrated against the Applicant and the unlawful fabrication of evidence to be used in a criminal proceeding to imprison the Applicant.

[W]  Failing to protect Applicant's Constitutionally secured rights.

[13] The law in the United States is clear:  no one stands above the law and every person who violates the laws of the United States is  subject to the penalties and other consequences prescribed therefor.

[14] The criminal conduct alleged herein-above, and said to have been engaged in by those employees, officials, officers, and/or agents named herein, are serious - serious enough that the Congress of the United States believed, at the time of

their enactment, that such conduct should be penalized as crim-
inal in nature with a term of imprisonment and a fine.  Congress
did not distinguish between individual citizens and those who
are employed by the Government when enacting these criminal pro-
visions; rather, they intended that such provisions be enforced
against all persons, found to be in violation thereof, equally--
regardless of their status within our society.

[15]  The criminal conduct alleged to have been engaged
in by the named and described parties herein-above, having been
engaged in by officials, employees, officers, and/or agents of
the United States of America, intimidates and/or belies the pub-
lic reputation and integrity of the criminal justice and judic-
ial system in America, and is not conduct expected from public
servants who have been honored and cloaked with governmental
authority.  It mars the respectability of our Constitutional sys-
tem, our sense of law and order, and our desire to be ruled by
a government that respects the ideals of WE THE PEOPLE and the
concept that government officials, employees, officers and/or
agents thereof are guardians of the law - not tyrants of its
abuse.

[16]  Every citizen, both those of upright character
and those with notorious reputations, the rich and the poor
alike, have the right to be free from injuries caused by crim-
inal acts perpetrated by others; each have a right to present
evidence of violation of the law to the appropriate grand jury
body sitting for the district in which said conduct/crime shall
taken place; each has a right to have such grand jury investi-

- 14 -

gate further into the allegations of criminal conduct by governmental officials so that justice may be achieved. The grand jury is a body representative of the People, not merely an arm of the government that targets only those individuals presented to it by government prosecutors whose partiality to others employed within the governmental regime may slant his or her ability to be fair and just and to present all crime on equal ground. Such possibilities of conflicts of interests drive the notion that special prosecutors and case managers, arising from the common populace, must be accorded unfettered access to the grand jury body for special presentations of governmental, and/or official crimes, misconduct, etc.

WHEREFORE, PREMISES CONSIDERED, Applicant prays this Honorable Court to convene a grand jury in the Southern District of Texas, Brownsville Division, so that Applicant may present evidence that the individuals, named herein-above, have engaged in conduct violative of the federal criminal law, and to have said grand jury to take such action in regards thereto, as said grand jury may, under the circumstances, deem just and proper and according to law.

Dated this _27Th_ day of _April_ , 2003.

Respectfully submitted:

Johnie Wise
BOP Reg. No.
Federal Medical Center
Post Office Box 15330
Fort Worth, Texas 76119-0330

Applicant Pro Se Sui Juris