

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHNIE WISE | * | |
| VS | * | MISC. NO. B-03-015 |
| UNITED STATES OF AMERICA | * | |

## MINUTE ENTRY

Due to conflict of interest, the above-captioned case is hereby TRANSFERRED to Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, this 19th day of June 2003.

_____
Felix Recio
United States Magistrate Judge