| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | Recusal Order | CASE NUMBER - Misc. No. B-03-015 |
|---|---|---|
| STYLE | JOHNIE WISE<br>vs.<br>UNITED STATES OF AMERICA | JUN 2 7 2003<br>Michael N. Milby, Clerk of Court<br>By Deputy Clerk |
| Order | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. | |

*Signed:*

United States District Judge

Date: 6/24/03

| REASSIGNMENT | This case is reassigned to: |
|---|---|
| JUN 2 5 2003 | **Andrew S. Hanen** |

MICHAEL N. MILBY
United States District Clerk

By:

Deputy Clerk