IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHNIE WISE | § | |
| | § | |
| VS. | § | CASE NUMBER - MISC. NO. B-03-015 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

The United States Attorney or his designee is hereby ordered to respond to the Application filed by Mr. Johnie Wise in Misc. No. B-03-015 on or before August 15, 2003.

Signed this 14th day of July, 2003, at Brownsville, Texas.

_____
Honorable Andrew S. Hanen
United States District Judge