United States District Court
Southern District of Texas
ENTERED
JAN 1 2 2004
Micheal N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JAN 0 8 2004
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOHNIE WISE § | |
| § | |
| § | |
| V. § | MISC. ACTION NO. B-03-015 |
| § | |
| § | |
| UNITED STATES OF AMERICA § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. No objections to the report have been filed. Consequently, after a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of December 16, 2003, should be adopted and Wise's Application to Convene a Federal Grand Jury be denied and the Government's Motion to Dismiss be granted.

Signed this the 8th day of January, 2004.

Andrew S. Hanen
United States District Judge