IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHNIE WISE | § | |
| | § | |
| | § | |
| V. | § | MISC. ACTION NO. B-03-015 |
| | § | |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

On the 8th day of January 2004, this court entered an Order adopting the Report and Recommendation of the Magistrate Judge and dismissed this action. The Order, in part, cited that no objections to the report had been filed. Unbeknownst to this court on January 7, 2004, well beyond the deadline for filing such objections, and without leave of court, the plaintiff filed objections in the Houston Division of the Southern District of Texas. These objections were forwarded to Brownsville, Texas, but were not received until January 13, 2004.

Having now been brought to the court's attention, the court has determined that it would not have entered an order different from its order of January 8, 2004, even if the plaintiff had filed the objections in a timely fashion and in the correct division. Consequently, all requested relief remains denied.

Signed this 11th day of March, 2004.

Andrew S. Hanen
United States District Judge